Commonwealth ex rel. Kenner, Appellant, *v.*
Maroney.

Submitted April 14, 1964.
*Marion Kenner,* appellant, in propria persona; *Edward J. Tocci,* Assistant District Attorney, and *Robert J. Masters,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. King, Appellant, *v.*
Russell.

Submitted April 13, 1964.
*Harold Ray King,* appellant, in propria persona; *W. Thomas Malcolm,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Marchillo, Appellant, *v.*
Myers.

Submitted April 13, 1964. *Edward Richard Marchillo,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.